IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RONALD DEAN KAMMER, #13148-078									PETITIONER

v.									CIVIL ACTION NO. 5:09cv108DCB-MTP

BRUCE PEARSON, Warden									RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Ronald Dean Kammer's Petition [1] for a Writ of Habeas Corpus should be denied and dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Ronald Dean Kammer's Petition [1] for a Writ of Habeas Corpus is denied and dismissed with prejudice.

SO ORDERED this the 3rd day of February, 2010.

s/David Bramlette
UNITED STATES DISTRICT JUDGE